UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. ALCALA, | No. C 11-2643 CRB (PR) |
| Petitioner, | **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a pro se state prisoner. Petitioner claims that the unconstitutional application of an amended law to his sentence delayed his rightful release date.

It appears that petitioner has been released from custody since this petition was filed and that he has failed to inform the court of a new address. Good cause appearing therefor, petitioner is ordered to show cause within 30 days of this order why the petition should not be dismissed as moot and/or for failure to prosecute.

**IT IS SO ORDERED.**

DATED: April 25, 2012

CHARLES R. BREYER
United States District Judge

No. C 11-2643 CRB (PR)