**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDY J. ALCALA,

    Petitioner,

  v.

GREG LEWIS, Warden,

    Respondent.
                           /

No. C 11-2643 CRB (PR)

**ORDER OF DISMISSAL**

    This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a pro se state prisoner. Petitioner was granted 30 days to show cause why the petition should not be dismissed as moot and/or for failure to prosecute. More than 30 days have passed and petitioner has not filed any response. Accordingly, the action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

DATED: June 11, 2012

                                        CHARLES R. BREYER
                                        United States District Judge

No. C 11-2643 CRB (PR)